United States District Court
Southern District of Texas
FILED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

Clerk for the
UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
P.O. BOX 2299
Brownsville,   Texas   78522

Ronald Lee Lewis
Fed. Reg. No. 64658-079
5423 Clift Haven Drive
Houston, Texas 77091

IN REFERENCE TO:
MISCELLANEOUS B-03-016

Dear Clerk,

Please take notice of the address listed above. By the time you receive this letter I will be in the half-way house in Houston, Texas. Please forward your response to my wife's home (above). I received your filed copy of my complaint with the case number B-03-016, you also inclosed a In Forma Pauperis Form for me to fill out. **I DO NOT WISH TO FILE IN FORMA PAUPERIS; <u>I DESIRE TO PAY THE FILING FEE</u>.** Please let me know as soon as possible exactly how much this fee is and I will make arrangements to have it paid. Please let me know who to make the fee payable to. Thanking you in advance for your assistance in this matter and I look forward to hearing from you in the near future.

DATED: 7/16/03

Sincerely,

Ronald Lee Lewis

cc/file

MAIL

United States District Court
Southern District of Texas
RECEIVED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

July 22 2003

Mr. Ronald Lee Lewis
Fed. Reg. No. 64658-079
5423 Clift Haven Drive
Houston Tx 77091

MISCELLANEOUS

B-03-016

Dear Mr. Lewis

The filing fee for a new case is $150.00.   Please make the check or money order payable to the

U S District Clerk.

Sincerely,

*[signature]*
Olivia Gutierrez
Deputy Clerk