**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED
SEP 02 2003
Michael N. Milby, Clerk of Court

| | |
|---|---|
| RONALD LEE LEWIS | MISC. |
| VS | NO. B-03-016 |
| UNITED STATES PROBATION OFFICER, ET AL | |

### NOTICE OF DISMISSAL
### FOR WANT OF PROSECUTION

On July 21, 2003, the Petitioner filed an advisory notice informing the Court that he did not wish to file in forma pauperis and desired to pay the filing fee. The Petitioner has failed to pay the filing fee.

It is, therefore, **ORDERED** that the Complaint and Demand for Damages be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by September 29, 2003.

DONE at Brownsville, Texas, this 2nd day of September 2003.

Felix Recio
United States Magistrate Judge