4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2003

Michael N. Milby
Clerk of Court

RONALD LEE LEWIS

VS.

Misc. NO. B-03-016

UNITED STATES PROBATION OFFICER,
ET AL

PETITIONER'S RESPONSE TO MAGISTRATE JUDGE'S NOTICE OF DISMISSAL

Comes now, Ronald Lee Lewis, Plaintiff/Petitioner, presently acting as Pro Se Counsel in the above captioned and styled cause of action presently before the Court.

The Magistrate Judge, Felix Recio, on September 2, 2003 caused to be filed a 'NOTICE OF DISMISSAL FOR WANT OF PROSECUTION'.

Plaintiff/Petitioner makes and files this response to the Court's Order.

Plaintiff filed a civil action pursuant to Title 5 of the United States Code. Plaintiff did not file a 42 USC 1983 Complaint or a Title 28 USC 1331 Complaint.

Plaintiff alleges and contends that under Title 5 of the United States Code there is no filing fee for civil complaints. Plaintiff/Petitioner does desire to actively prosecute this cause of action and requests the Court to provide Petitioner with Statute Law which states that there is in fact a fee for filing a complaint under Title 5. If in fact there is such a filing fee, Petitioner requests to be informed of the exact amount.

Further, Petitioner/Plaintiff requests sixty (60) days from the date on this RESPONSE to pay any fee there might in fact be.

CONCLUSION

WHEREFORE, petitioner/Plaintiff moves this Court to provide the Statute Law which states that there is in fact a filing fee for Title 5 complaints. Also, if a fee is required, Petitioner requests a period of sixty (60) days in order to pay the fee.

And any and all such other relief that this Plaintiff/Petitioner may be justly entitled to as a matter of law.

DATED; 9/5/03

Respectfully submitted,

Ronald Lee Lewis
Plaintiff/Petitioner
5423 Clift Haver Dr.
Houston, Texas 77091
(832) 282-6303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE BELOW LISTED DATE I FORWARDED A TRUE AND CORRECT COPY OF THE FOREGOING TO THE OFFICE OF: (1) THE ASSISTANT UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION; (2) THE OFFICE OF THE UNITED STATES PROBATION OFFICER; BROWNSVILLE DIVISION, BY PLACING THE SAME IN THE UNITED STATES MAIL FIRST CLASS POSTAGE PREPAID.

DONE THIS _____8th_____ DAY OF _____Sept_____ 2003.

By:_____
RONALD LEE LEWIS