UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RONALD LEE LEWIS           *
                           *
VS                         *   MISC. NO. B-03-016
                           *
UNITED STATES PROBATION OFFICER,  *
ET AL                      *

**ORDER**

On September 11, 2003, the Petitioner filed a request for additional time to pay filing fees as required by 28 U.S.C. § 1914 (attached hereto). Request is granted as follows:

It is therefore ORDERED that Petitioner pay filing fees as required thirty (30) days from the date of this order. Failure to comply will result in dismissal for want of prosecution.

DONE at Brownsville, Texas, this 1st day of October 2003.

Felix Recio
United States Magistrate Judge

28 USCA § 1914                                                                 Page 1
28 U.S.C.A. § 1914

C
UNITED STATES CODE ANNOTATED
TITLE 28. JUDICIARY AND JUDICIAL PROCEDURE
PART V--PROCEDURE
**CHAPTER 123--FEES AND COSTS**
§ 1914. District court; filing and miscellaneous fees; rules of court

(a) The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $150, except that on application for a writ of habeas corpus the filing fee shall be $5.

(b) The clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States.

(c) Each district court by rule or standing order may require advance payment of fees.

CREDIT(S)

(June 25, 1948, c. 646, 62 Stat. 954; Nov. 6, 1978, Pub.L. 95-598, Title II, § 244, 92 Stat. 2671; June 19, 1986, Pub.L. 99-336, § 4(a), 100 Stat. 637; Oct. 18, 1986, Pub.L. 99-500, Title I, § 101(b) [Title IV, § 407(a)], 100 Stat. 1783-39, 1783-64, and Oct. 30, 1986, Pub.L. 99-591, Title I, § 101(b) [Title IV, § 407(a)], 100 Stat. 3341-39, 3341-64; Oct. 19, 1996, Pub.L. 104-317, Title IV, § 401(a), 110 Stat. 3853.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1948 Acts. Based on Title 28, U.S.C., 1940 ed., §§ 549, 553 and 555 (R.S. § 828; June 28, 1902, c. 1301, § 1, 32 Stat. 476; Feb. 11, 1925, c. 204, §§ 2, 6, 8, 43 Stat. 857, 858; Jan. 22, 1927, c. 50, § 2, 44 Stat. 1023; Jan. 31, 1928, c. 14, § 1, 45 Stat. 54; Mar. 3, 1942, c. 124, § 2, 56 Stat. 122; Sept. 27, 1944, c. 414, §§ 1, 4, 5, 58 Stat. 743, 744).

Section consolidates sections 549, 553, and 555 of Title 28, U.S.C., 1940 ed., as amended with necessary changes of phraseology.

The phrase "filing fee" was substituted for the inconsistent and misleading words of sections 549 and 553 of Title

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works