IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RONALD LEE LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | MISC. ACTION NO. B-03-016 |
| | § | |
| UNITED STATES PROBATION | § | |
| OFFICE, an entity, and U.S. PROBATION | § | |
| OFFICER, an individual, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Defendant's action is hereby DISMISSED without prejudice for want of prosecution and for failure to comply with a court order. The Plaintiff is advised that upon a proper showing, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DONE at Brownsville, Texas this ____ day of _____, 2003.

_____
Hilda Tagle
United States District Judge

-5-